

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 7, 2025**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ZIPS CAR WASH, LLC | Case No. 25-80069-11 (MVL) |
| Debtor. | |
| Tax I.D. No. 20-1213045 | |
| In re: | Chapter 11 |
| EXPRESS CAR WASH HOLDINGS, LLC | Case No. 25-80070-11 (MVL) |
| Debtor. | |
| Tax I.D. No. 85-0706223 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ZIPS OPERATING HOLDINGS, LLC, | ) | Case No. 25-80071-11 (MVL) |
| Debtor. | ) | |
| Tax I.D. No. 47-5582161 | ) | |
| In re: | ) | Chapter 11 |
| ZIPS 3107 N. PLEASANTBURG, LLC, | ) | Case No. 25-80072-11 (MVL) |
| Debtor. | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| ZIPS 2900 WADE HAMPTON, LLC, | ) | Case No. 25-80073-11 (MVL) |
| Debtor. | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| ZIPS 6050 WADE HAMPTON, LLC, | ) | Case No. 25-80074 (MVL) |
| Debtor. | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| ZIPS PORTFOLIO I, LLC, | ) | Case No. 25-80075-11 (MVL) |
| Debtor. | ) | |
| Tax I.D. No. 99-9009999 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ZIPS PORTFOLIO II, LLC, | ) ) | Case No. 25-80076-11 (MVL) |
| Debtor. | ) ) ) |  |
| Tax I.D. No. 85-1401864 | ) ) |  |
| In re: | ) ) | Chapter 11 |
| ZIPS PORTFOLIO III, LLC, | ) ) | Case No. 25-80068-11 (MVL) |
| Debtor. | ) ) ) |  |
| Tax I.D. No. N/A | ) ) |  |
| In re: | ) ) | Chapter 11 |
| ZIPS PORTFOLIO IV, LLC, | ) ) | Case No. 25-80077-11 (MVL) |
| Debtor. | ) ) ) |  |
| Tax I.D. No. N/A | ) |  |

**ORDER (I) DIRECTING JOINT ADMINISTRATION
OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, and (b) granting related relief; all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the United States Bankruptcy Court for the Northern District of Texas (the "Court") pursuant to 28 U.S.C. § 157; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

3

Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion, and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion and the record of the hearing on such motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly-administered by the Court under Case No. 25-80069-11 (MVL) (the "<u>Lead Case</u>").

3. All pleadings, papers, and documents, except proofs of claim, lists, schedules, and statements, filed in the jointly administered cases shall bear the caption of the Lead Case, as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ZIPS CAR WASH, LLC, *et al.*,[1] | ) Case No. 25-80069-11 (MVL) |
| Debtors. | ) (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Zips Car Wash, LLC (3045); Express Car Wash Holdings, LLC (6223); Zips 2900 Wade Hampton, LLC (N/A); Zips 3107 N. Pleasantburg, LLC (N/A); Zips 6050 Wade Hampton, LLC (N/A); Zips Operating Holdings, LLC (2161); Zips Portfolio I, LLC (9999); Zips Portfolio II, LLC (1864); Zips Portfolio III, LLC (N/A) and Zips Portfolio IV, LLC (N/A). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 8400 Belleview Drive, Suite 210, Plano, Texas 75024.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. All orders, pleadings, papers, and documents, except proofs of claim, lists, schedules, statements, and operating reports, shall be filed and docketed only in the Lead Case.

6. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than the Lead Case, to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1(a) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas directing joint administration for procedural purposes of the chapter 11 cases of Zips Car Wash, LLC, Case No. 25-80069-11 (MVL); Express Car Wash Holdings, LLC, Case No. 25-80070-11 (MVL); Zips Operating Holdings, LLC, Case No. 25-80071-11 (MVL); Zips 3107 N. Pleasantburg, LLC, Case No. 25-80072-11 (MVL); Zips 2900 Wade Hampton, LLC, Case No. 25-80073-11 (MVL); Zips 6050 Wade Hampton, LLC, Case No. 25-80074 (MVL); Zips Portfolio I, LLC, Case No. 25-80075-11 (MVL); Zips Portfolio II, LLC, Case No. 25-80076-11 (MVL); Zips Portfolio III, LLC, Case No. 25-80068-11 (MVL); and Zips Portfolio IV, LLC, Case No. 25-80077-11 (MVL). **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 25-80069-11 (MVL).**

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of any party in interest to seek entry of an order substantively consolidating these cases.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Local Rules are satisfied by such notice.

9. Notwithstanding anything to the contrary in the Bankruptcy Code, Bankruptcy Rules, or Local Rules, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

10. The Debtors are authorized to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # END OF ORDER # # #

Submitted by:

| | |
|---|---|
| **GRAY REED** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jason S. Brookner (TX Bar No. 24033684) | Joshua A. Sussberg, P.C. (*pro hac vice* pending) |
| Aaron M. Kaufman (TX Bar No. 24060067) | Ross J. Fiedler (*pro hac vice* pending) |
| Amber M. Carson (TX Bar No. 24075610) | 601 Lexington Avenue |
| 1601 Elm Street, Suite 4600 | New York, New York 10022 |
| Dallas, Texas 75201 | Telephone: (212) 446-4800 |
| Telephone: (214) 954-4135 | Facsimile: (212) 446-4900 |
| Facsimile: (214) 953-1332 | Email: joshua.sussberg@kirkland.com |
| Email: jbrookner@grayreed.com | ross.fiedler@kirkland.com |
| akaufman@grayreed.com | |
| acarson@grayreed.com | -and- |
| | Lindsey Blumenthal (*pro hac vice* pending) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile (312) 862-2200 |
| | Email lindsey.blumenthal@kirkland.com |
| *Proposed Co-Counsel for the Debtors* | *Proposed Co-Counsel for the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |