

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 7, 2025**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZIPS CAR WASH, LLC, *et al.*,[1] | ) | Case No. 25-80069 (MVL) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | **Re:  Docket No. 6** |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) FILE A CONSOLIDATED LIST OF
CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR
EACH DEBTOR, (B) FILE A CONSOLIDATED LIST OF THE 30 LARGEST
UNSECURED CREDITORS, (C) SERVE CERTAIN PARTIES IN INTEREST BY
EMAIL, (D) REDACT OR WITHHOLD CERTAIN CONFIDENTIAL
INFORMATION OF CUSTOMERS, AND (E) REDACT CERTAIN PERSONALLY
IDENTIFIABLE INFORMATION OF INDIVIDUALS, (II) APPROVING THE
FORM AND MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT
OF THE DEBTORS' CHAPTER 11 CASES, AND (III) GRANTING RELATED RELIEF**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Zips Car Wash, LLC (3045); Express Car Wash Holdings, LLC (6223); Zips 2900 Wade Hampton, LLC (N/A); Zips 3107 N. Pleasantburg, LLC (N/A); Zips 6050 Wade Hampton, LLC (N/A); Zips Operating Holdings, LLC (2161); Zips Portfolio I, LLC (9999); Zips Portfolio II, LLC (1864); Zips Portfolio III, LLC (N/A) and Zips Portfolio IV, LLC (N/A).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 8400 Belleview Drive, Suite 210, Plano, Texas 75024.

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"): (a) authorizing the Debtors to (i) file a consolidated list of creditors in lieu of submitting a separate mailing matrix for each Debtor, (ii) file a consolidated list of the Debtors' thirty-largest unsecured creditors in lieu of filing lists for each Debtor, (iii) serve certain parties in interest by email, (iv) redact or withhold certain confidential information of customers, and (v) redact certain personally identifiable information of individuals, (b) approving the form and manner of notifying creditors of the commencement of the Debtors' chapter 11 cases, and (c) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted on a final basis as set forth herein.

---

[2]      Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2.      The Debtors are authorized to file a single Consolidated Creditor Matrix and a consolidated Top 30 List of creditors.

3.      The Debtors are authorized, pursuant to section 107(b)(1) of the Bankruptcy Code, to redact the names, addresses, and email addresses of their customers from any filings with the Court or made publicly available in these chapter 11 cases.

4.      The Debtors are authorized, pursuant to 107(c)(1) of the Bankruptcy Code, to redact on the Consolidated Creditor Matrix, the Schedules and Statements, affidavits of service, and any other document filed or to be filed with the Court, the home and email addresses of any natural persons, including individual creditors and individual equity holders.  The Debtors shall provide an unredacted version of the Creditor Matrix, the Schedules and Statements, and any other filings redacted pursuant to this Order to (a) the Court, the U.S. Trustee, counsel to the Ad Hoc Term Lender Group, counsel to any official committee appointed in these chapter 11 cases, the Claims and Noticing Agent, (b) any party in interest upon a request to the Debtors (email is sufficient) or to the Court, that is reasonably related to these chapter 11 cases, and (c) the Claims and Noticing Agent; *provided* that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request.

5.      The Debtors or their proposed Claims and Noticing Agent are authorized to file affidavits of service that include (a) the name, address, or email address of any party on the Customer List, or (b) the home addresses of any other individual creditor or party in interest under seal without further order of this Court.

6.      The Debtors, through their Claims and Noticing Agent, are authorized to serve all pleadings and papers, including the Notice of Commencement, via email, except when a party to be served both (a) has a mailing address in the Debtors' books, records and files or has designated

3

a mailing address under Bankruptcy Rules 2002(g)(l) or 5003(e), and (b) has requested hard copy U.S. first class mail service, in which case, such party shall be served by mail at such mailing address. This Order does not authorize service by email of any complaint or other pleading filed in an adversary proceeding, unless the party to be served consents to email service of the applicable document(s). Nothing in this Order prevents the Debtors from serving any party by email in addition to the methods of service set forth in Fed. R. Bankr. P. 9036. If notice is provided to any of the Debtors' customers or former or current employees by hard copy U.S. first class mail service, such notice need not exceed one page if it includes a website URL that links directly to the document(s) to which such notice relates.

7.    The Notice of Commencement, substantially in the form attached hereto as **Exhibit 1**, is approved. Service of the Notice of Commencement shall be deemed adequate and sufficient notice of (a) the commencement of these chapter 11 cases and (b) the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

8.    Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

9.    Notwithstanding anything to the contrary in the Bankruptcy Code, Bankruptcy Rules, or Local Rules, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

10.    The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11.     This Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.

# # # END OF ORDER # # #

Submitted by:

**GRAY REED**                                          **KIRKLAND & ELLIS LLP**
Jason S. Brookner (TX Bar No. 24033684)               **KIRKLAND & ELLIS INTERNATIONAL LLP**
Aaron M. Kaufman (TX Bar No. 24060067)                Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Amber M. Carson (TX Bar No. 24075610)                 Ross J. Fiedler (*pro hac vice* pending)
1601 Elm Street, Suite 4600                           601 Lexington Avenue
Dallas, Texas 75201                                   New York, New York 10022
Telephone:    (214) 954-4135                          Telephone:    (212) 446-4800
Facsimile:    (214) 953-1332                          Facsimile:    (212) 446-4900
Email:        jbrookner@grayreed.com                  Email:        joshua.sussberg@kirkland.com
              akaufman@grayreed.com                                 ross.fiedler@kirkland.com
              acarson@grayreed.com

                                                      -and-

                                                      Lindsey Blumenthal (*pro hac vice* pending)
                                                      333 West Wolf Point Plaza
                                                      Chicago, Illinois 60654
                                                      Telephone:    (312) 862-2000
                                                      Facsimile     (312) 862-2200
                                                      Email         lindsey.blumenthal@kirkland.com


*Proposed Co-Counsel for the Debtors*                 *Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*                           *and Debtors in Possession*

**Exhibit 1**

**Proposed Notice of Commencement**

United States Bankruptcy Court

Northern District of Texas

In re:                                                            Case No. 25-80069-mvl

Zips Car Wash, LLC                                           Chapter 11

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-8                                    User: admin                                        Page 1 of 4

Date Rcvd: Feb 10, 2025                                Form ID: pdf025                                 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zips Car Wash, LLC, 8400 Belleview Drive, Suite 210, Plano, TX 75024-0431 |
| aty | + | Justin Rawlins, Paul Hastings LLP, 1999 Avenue of the Stars, 27th Floor, Century City, CA 90067-6022 |
| aty | + | Matthew Friedrick, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| aty | + | Robert Nussbaum, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| cr | + | Allen ISD, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 UNITED STATES 75219-3906 |
| cr | + | Broadstone ZCW Portfolio, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004-2555 |
| cr | + | City of Allen, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 UNITED STATES 75219-3906 |
| cr | + | City of Frisco, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 UNITED STATES 75219-3906 |
| cr | + | Dallas County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 UNITED STATES 75219-3906 |
| cr | + | Hood CAD, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 UNITED STATES 75219-3906 |
| clmagt | + | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | Lewisville ISD, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 UNITED STATES 75219-3906 |
| cr | + | Prosper ISD, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 UNITED STATES 75219-3906 |
| cr | + | Rockwall CAD, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 UNITED STATES 75219-3906 |
| cr | + | SCF RC Funding IV, LLC, c/o Ballard Spahr LLP, 1 East Washington Street, Suite 2300, Phoenix, AZ 85004-2555 |
| cr | + | Tarrant County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 UNITED STATES 75219-3906 |
| cr | + | Tom Green CAD, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 UNITED STATES 75219-3906 |
| cr | + | Town of Prosper, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 UNITED STATES 75219-3906 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Feb 10 2025 21:12:11 | Joshua A. Sussberg, Kirkland & Ellis, LLP, 601 Lexington Ave., New York, NY 10022-4643 |
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Feb 10 2025 21:18:00 | Bowie Central Appraisal District, McCreary Veselka Bragg & Allen, P.C., c/o Julie Anne Parsons, P.O. Box 1269, Round Rock, TX 78680-1269, UNITED STATES 78680-1269 |
| cr | + | Email/Text: emccain@pbfcm.com | Feb 10 2025 21:18:00 | Burleson ISD, % Perdue Brandon Fielder Et Al, 500 E. Border Street, Suite 640, Arlington, TX 76010-7457 |
| cr | + | Email/Text: emccain@pbfcm.com | Feb 10 2025 21:18:00 | City of Burleson, % Perdue, Brandon, Fielder et al., 500 E. Border Street, Suite 640, Arlington, TX 76010-7457 |
| cr | + | Email/Text: emccain@pbfcm.com | Feb 10 2025 21:18:00 | City of Haltom City, %Perdue Brandon Fielder et al, 500 E Border St, Suite 640, Arlington, TX 76010-7457 |
| cr | + | Email/Text: rgleason@pbfcm.com | Feb 10 2025 21:18:00 | Eagle Mountain-Saginaw ISD, c/o Perdue Brandon Fielder ET AL, 500 E. Border St., Suite 640, Arlington, TX 76010-7457 |
| cr | + | Email/Text: lreece@pbfcm.com | Feb 10 2025 21:18:00 | Frisco ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 640, LB 40, Garland, TX |

District/off: 0539-8                          User: admin                                    Page 2 of 4
Date Rcvd: Feb 10, 2025                       Form ID: pdf025                                 Total Noticed: 29

| | | | | 75042-8234 |
|---|---|---|---|---|
| cr | | Email/Text: emccain@pbfcm.com | Feb 10 2025 21:18:00 | Johnson County, % Perdue Brandon Fielder Et Al, 500 E. Border Street, Suite 640, Arlington, TX 76010 |
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Feb 10 2025 21:18:00 | The City of Westworth Village, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |
| cr | | Email/Text: julie.parsons@mvbalaw.com | Feb 10 2025 21:18:00 | The County of Denton, Texas, McCreary Veselka Bragg & Allen, P.C., c/o Julie Anne Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Feb 10 2025 21:18:00 | The County of Hays, Texas, McCreary Veselka Bragg & Allen, P.C., c/o Julie Anne Parsons, P.O. Box 1269, Round Rock, TX 78680-1269, UNITED STATES 78680-1269 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2025                       Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Martin Persons, Jr. | on behalf of Creditor Ad Hoc Term Lender Group charlespersons@paulhastings.com txefilingnotice@sidley.com;charles-persons-5722@ecf.pacerpro.com |
| Elizabeth Banda Calvo | on behalf of Creditor Johnson County ebcalvo@pbfcm.com  rgleason@pbfcm.com |
| Elizabeth Banda Calvo | on behalf of Creditor City of Haltom City ebcalvo@pbfcm.com  rgleason@pbfcm.com |
| Elizabeth Banda Calvo | on behalf of Creditor City of Burleson ebcalvo@pbfcm.com  rgleason@pbfcm.com |
| Elizabeth Banda Calvo | on behalf of Creditor Burleson ISD ebcalvo@pbfcm.com  rgleason@pbfcm.com |
| Elizabeth Banda Calvo | on behalf of Creditor Eagle Mountain-Saginaw ISD ebcalvo@pbfcm.com  rgleason@pbfcm.com |

District/off: 0539-8                          User: admin                                    Page 3 of 4
Date Rcvd: Feb 10, 2025                        Form ID: pdf025                              Total Noticed: 29

Jason S. Brookner

on behalf of Jointly Administered Party/Debtor Zips 2900 Wade Hampton  LLC jbrookner@grayreed.com,
lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Debtor Zips Portfolio IV  LLC jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Jointly Administered Party/Debtor Zips Operating Holdings  LLC jbrookner@grayreed.com,
lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Debtor Zips 6050 Wade Hampton  LLC jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Jointly Administered Party/Debtor Zips Portfolio II  LLC jbrookner@grayreed.com,
lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Debtor Zips Operating Holdings  LLC jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Debtor Express Car Wash Holdings  LLC jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Debtor Zips Portfolio II  LLC jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Jointly Administered Party/Debtor Express Car Wash Holdings  LLC jbrookner@grayreed.com,
lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Jointly Administered Party/Debtor Zips 6050 Wade Hampton  LLC jbrookner@grayreed.com,
lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Jointly Administered Party/Debtor Zips Portfolio III  LLC jbrookner@grayreed.com,
lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Jointly Administered Party/Debtor Zips 3107 N. Pleasantburg  LLC jbrookner@grayreed.com,
lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Debtor Zips 3107 N. Pleasantburg  LLC jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Debtor Zips Portfolio I  LLC jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Jointly Administered Party/Debtor Zips Portfolio I  LLC jbrookner@grayreed.com,
lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Debtor Zips 2900 Wade Hampton  LLC jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Debtor Zips Car Wash  LLC jbrookner@grayreed.com, lwebb@grayreed.com;acarson@grayreed.com

Jason S. Brookner

on behalf of Jointly Administered Party/Debtor Zips Portfolio IV  LLC jbrookner@grayreed.com,
lwebb@grayreed.com;acarson@grayreed.com

John Kendrick Turner

on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Tom Green CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Allen ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Hood CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Rockwall CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor City of Allen john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

District/off: 0539-8                     User: admin                                    Page 4 of 4

Date Rcvd: Feb 10, 2025                  Form ID: pdf025                                 Total Noticed: 29

John Kendrick Turner

on behalf of Creditor Town of Prosper john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor City of Frisco john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Prosper ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner

on behalf of Creditor Lewisville ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

Julie Anne Parsons

on behalf of Creditor The County of Hays  Texas jparsons@mvbalaw.com,
karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor The City of Westworth Village jparsons@mvbalaw.com
karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com,
karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor Bowie Central Appraisal District jparsons@mvbalaw.com
karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Linda D. Reece

on behalf of Creditor Frisco ISD lreece@pbfcm.com  lreece@ecf.courtdrive.com

Megan F. Clontz

on behalf of Creditor KRG New Hill Place I  LLC mclontz@spencerfane.com, lvargas@spencerfane.com

Michael S. Myers

on behalf of Creditor SCF RC Funding IV  LLC myersm@ballardspahr.com, PHXLitLAAs@ballardspahr.com

Michael S. Myers

on behalf of Creditor Broadstone ZCW Portfolio  LLC myersm@ballardspahr.com, PHXLitLAAs@ballardspahr.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov


TOTAL: 44