Jason S. Brookner (TX Bar No. 24033684)  
Aaron M. Kaufman (TX Bar No. 24060067)  
Amber M. Carson (TX Bar No. 24075610)  
**GRAY REED**  
1601 Elm Street, Suite 4600  
Dallas, Texas 75201  
Telephone:   (214) 954-4135  
Facsimile:   (214) 953-1332  
Email:   jbrookner@grayreed.com  
        akaufman@grayreed.com  
        acarson@grayreed.com  

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)  
Ross J. Fiedler (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:   (212) 446-4800  
Facsimile:   (212) 446-4900  
Email:   joshua.sussberg@kirkland.com  
        ross.fiedler@kirkland.com  

-and-

Lindsey Blumenthal (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
333 West Wolf Point Plaza  
Chicago, Illinois 60654  
Telephone:   (312) 862-2000  
Facsimile:   (312) 862-2200  
Email:   lindsey.blumenthal@kirkland.com  

*Proposed Co-Counsel for the Debtors*  
*and Debtors in Possession*

*Proposed Co-Counsel for the Debtors*  
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE NORTHERN DISTRICT OF TEXAS**  
**DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ZIPS CAR WASH, LLC, *et al.*,[1] | ) Case No. 25-80069-11 (MVL) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF PUBLICATION**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Zips Car Wash, LLC (3045); Express Car Wash Holdings, LLC (6223); Zips 2900 Wade Hampton, LLC (N/A); Zips 3107 N. Pleasantburg, LLC (N/A); Zips 6050 Wade Hampton, LLC (N/A); Zips Operating Holdings, LLC (2161); Zips Portfolio I, LLC (9999); Zips Portfolio II, LLC (1864); Zips Portfolio III, LLC (N/A) and Zips Portfolio IV, LLC (N/A).  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 8400 Belleview Drive, Suite 210, Plano, Texas 75024.

4937-5965-4443

**PLEASE TAKE NOTICE** that pursuant to the *Order (I) Setting Bar Dates for Filing Proofs of Claim; (II) Approving Form and Manner for Filing Proofs of Claim; and (III) Approving the Form and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests Notice of Bar Dates* [Docket No. 216], the *Notice of (I) Date by Which Parties Must File Proofs of Claim; and (II) Procedures for Filing Proofs of Claim Against the Debtors* was published in the March 15, 2025 national edition of *The New York Times*, as evidenced by the Proof of Publication attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

4937-5965-4443

Dated: March 18, 2025
Dallas, Texas

| | |
|---|---|
| */s/ Jason S. Brookner* | |
| **GRAY REED** | **KIRKLAND & ELLIS LLP** |
| Jason S. Brookner (TX Bar No. 24033684) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Aaron M. Kaufman (TX Bar No. 24060067) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Amber M. Carson (TX Bar No. 24075610) | Ross J. Fiedler (admitted *pro hac vice*) |
| 1601 Elm Street, Suite 4600 | 601 Lexington Avenue |
| Dallas, Texas 75201 | New York, New York 10022 |
| Telephone:   (214) 954-4135 | Telephone:   (212) 446-4800 |
| Facsimile:    (214) 953-1332 | Facsimile:    (212) 446-4900 |
| Email:         jbrookner@grayreed.com | Email:          joshua.sussberg@kirkland.com |
|                     akaufman@grayreed.com |                      ross.fiedler@kirkland.com |
|                     acarson@grayreed.com | |
| | -and- |
| | Lindsey Blumenthal (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile     (312) 862-2200 |
| | Email           lindsey.blumenthal@kirkland.com |
| *Proposed Co-Counsel for the Debtors* | *Proposed Co-Counsel for the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

## Certificate of Service

I certify that on March 18, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Jason S. Brookner*
Jason S. Brookner

4937-5965-4443

# Exhibit A

**Proof of Publication**

4937-5965-4443



**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

March 17, 2025

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

3/15/2025, NY/NATL, pg B3

_Larnyce Tabron_

Sworn to me this 17th day of March, 2025

Shannon Schmidt
Online Notary Public
State of New York
Nassau County
Commission #: 01SC0033223
Commission Expires: 01/28/2029

# The Upside-Down Line That Tells the Story of the Stock Market

**By CHRISTINE ZHANG**

The stock market has plunged since President Trump took office for a second time, a stark contrast to the early days of his first presidency. The S&P 500 index has fallen sharply since hitting a record high on Feb. 19.

The index fell into a so-called correction on Thursday. Corrections, a Wall Street term referring to a 10 percent decline from an index's last peak, are relatively rare yet symbolically worrisome milestones for the markets. Other major indexes, including the Nasdaq and the Russell 2000, had already slid into correction territory before Thursday.

Stock prices were once Mr. Trump's favorite proxy for political success. During his first term, he continually took credit for a booming stock market.

"Whether you like the stock market or not, it's a leading indicator — the all-time leading indicator," he told reporters in October 2020.

This time around, investors have been shaken by the Trump administration's messaging on tariffs. What at first seemed to some like a talking point or a negotiation tactic has started to take effect, in fits and starts, as policy.

Mr. Trump has reiterated his commitment to sweeping tariffs on America's largest trading partners but has been uneven about imposing them, announcing new levies on some products while delaying or abruptly calling off others.

The market turmoil of the past few weeks is a reflection of the uncertainty surrounding Mr. Trump's policies, and their potential effects on the broader economy. The worry is that consumers may be hesitant to spend, and businesses to invest, in the face of the uncertainty, driving the economy into a downturn.

And Mr. Trump's immigration policies and firings of federal employees are also looming.

The Trump administration has seemingly acknowledged that its economic policies could result in near-term pain, while emphasizing their goal of promoting long-term job growth. Asked if he expected a recession this year in an interview that aired on Sunday, Mr. Trump declined to rule out the possibility.

"I hate to predict things like that," he responded. "There is a period of transition, because what we're doing is very big."

The president inherited a very different market from the one he took on when he first entered the White House. After two years of tepid growth in the aftermath of a domestic energy crisis, stocks were primed to rise in 2017 on the heels of Mr. Trump's pro-growth agenda. As his second term began, the stock market had already reached record highs. That meant reaching new heights could prove harder.

Mr. Trump recently hinted that the stock market might no longer be the barometer for success it once was.

"Markets are going to go up, and they're going to go down," he told reporters this week. "But you know what? We have to rebuild our country."

## Index Is Flashing Clear Warning About Economy

**By JOE RENNISON**

Investors watching the S&P 500's plunge this week are processing a mix of signals. Will the threat of tariffs push the economy into a recession or is this simply a retrenchment from the highly valued technology companies that some analysts and investors argued were due for a pullback?

There is a different stock index that is flashing a clearer warning sign.

The Russell 2000 includes smaller companies that are more sensitive to the whims of the economy. These companies tend to run thinner profit margins that can be more easily eroded in a downturn, and they have fewer levers to pull than big companies if they do get into trouble.

After surging to a new high in November on optimism about the new Trump administration's pro-business policies, the Russell 2000 has tumbled more than 16 percent, roughly double the decline of the S&P 500 since it hit a peak last month.

The Russell 2000 now appears likely to become the first major index to slip back into a bear market, defined as a drop of 20 percent or more from its recent high, since the stock market sell-off in 2022.

"If you want one clear signal that the market is worried about recession more than anything else, then look at the Russell," said David Kelly, chief market strategist at J.P. Morgan Asset Management.

Continual policy pivots from the administration on tariffs have left investors uncertain about what is to come and how the economy may be affected.

Even if tariffs are eventually rolled back, uncertainty in the meantime can still prompt businesses to rein in hiring and pull back spending, slowing the economy.

And there are signs that businesses are growing weary, with airlines warning about declining air travel, retailers warning about consumer spending and food com-

> Russell 2000 appears likely to slip back into a bear market again.

panies warning about rising prices.

And it's not just tariffs that investors are facing. Rapid cuts to the federal work force and an abrupt halt to other government spending projects also risk slowing the economy.

"We are already seeing the impact of a reduction in government spending, and I expect that to continue," said Kristina Hooper, chief global market strategist at Invesco.

The plant-based food company Beyond Meat, which is part of the Russell 2000, warned in its latest financial report that tariffs, as well as countermeasures by other countries, could lead to price increases. The company also cautioned that it could lose customers abroad because of "anti-American sentiment."

On Tuesday, the National Federation of Independent Business's monthly survey of small-business optimism fell for the second consecutive month, and the group's measure of uncertainty rose to one of its highest levels on record.

On Thursday, the S&P 500 fell into correction territory, which is defined as a decline of 10 percent or more from an index's recent peak.

But the signals coming from the S&P 500 can be muddied by its composition.

The ballooning size of the technology sector, led by companies like Apple and Nvidia, means the index is more dependent on the ups and downs of these behemoths than any others.

The Magnificent 7 stocks — the name given to the seven big tech companies that have led the stock market higher in recent years — now account for roughly 30 percent of the S&P 500's entire valuation.

The tech sell-off in recent weeks probably represents concerns for the broader market, said analysts, but it could also be part of changing expectations of the profit potential of artificial intelligence, or even just a step back after a dramatic rise in valuations in recent years.

That run-up had left the market "priced for perfection," said Mr. Kelly, meaning every company would have to have the best possible outcomes. "And this is not perfection," he added.

The Russell 2000 index is not overly concentrated on one sector of companies. The largest company in the index, Sprouts Farmers Market, represents just 0.5 percent of the index's total valuation, while Apple, the largest stock in the S&P 500, carries a weight of over 7 percent, far more than the top 10 stocks in the Russell 2000 combined.

Adjusting the S&P 500 to give every stock equal weight further illustrates the effect of the tech sell-off, taking the index's drop this year from over 6 percent to 2.6 percent.

Doing the same for the Russell 2000 only slightly changes its roughly 10.5 percent drop this year. The tech sector isn't even the largest in the Russell 2000, with financial, industrial and health care stocks all making up a larger portion of the index.

What this means is that the signal coming from the Russell 2000 more clearly points to broader worries beyond an overvalued tech sector that was already primed for a decline, analysts say.

The Russell 2000 index is also more domestically focused. Roughly 30 percent of the revenues for the S&P 500 come from outside the United States, double that of the Russell 2000. And international stock markets have comfortably outperformed U.S. equities so far this year.

"I think what the Russell is telling us is that there is real concern about the economy," Ms. Hooper said.

*Joe Rennison contributed reporting.*

---

## Consumer Confidence Drops as Inflation Worries Rise

**By COLBY SMITH**

Policy uncertainty and tariff whiplash are making consumers less confident about the economic outlook and more worried about inflation, new data from the University of Michigan showed on Friday, the latest evidence that Americans are bracing for pain in President Trump's second term.

A survey released on Friday showed consumer sentiment plummeting 11 percent in March as Americans of all ages, income groups and political affiliations turned even more downbeat about the trajectory for the economy. Consumer confidence has fallen for the third consecutive month, not only about personal finances, but also the job market and stock markets. Since December, sentiment has tumbled 22 percent.

"Many consumers cited the high level of uncertainty around policy and other economic factors; frequent gyrations in economic policies make it very difficult for consumers to plan for the future, regardless of one's policy preferences," said Joanne Hsu, director of the Surveys of Consumers at the University of Michigan.

Consumers also revised up their expectations for inflation, both for the year ahead and over a five-year horizon. Over the next 12 months, consumers expect inflation to rise to 4.9 percent, up from a forecast for 4.3 percent last month. Over the longer run, expectations rose to 3.9 percent in what was the largest monthly jump since 1993. According to the latest Consumer Price Index report, inflation stands at 2.8 percent.

"This is an horrific report," said Samuel Tombs, chief U.S. economist at Pantheon Macroeconomics. "Elevated economic policy un-



ERIN SCHAFF/THE NEW YORK TIMES
A Whole Foods Market in Falls Church, Va. A survey released on Friday showed Americans are preparing for pain.

certainty and the sharp drop in stock prices have greatly undermined consumers' confidence."

The preliminary data comes as President Trump and his top economic advisers have acknowledged that the president's plans to reshape global trade through aggressive tariffs, to right size government spending and to alter the American immigration system, among other sweeping changes could hurt the economy or even push it into a recession.

Mr. Trump has referred to it as a "period of transition," and recently refused to rule out a recession, sparking volatility across financial markets. The S&P 500 rebounded on Friday after falling into a correction on Thursday, meaning it is down 10 percent or more from its peak.

One of the biggest criticisms of the University of Michigan survey is that it has in recent months reflected a huge partisan split, with Republicans upbeat about the economy and inflation following Mr. Trump's re-election and Democrats souring. That divide persisted in March, but Republicans and independents started to shift their perspective in a more negative direction.

The Federal Reserve is closely watching expectations data for any sign that the central bank's grip on inflation is slipping, or that it needs to pay more attention to the prospects of slowing growth. Jerome H. Powell, the Fed chair, suggested recently that sentiment data has not been a good predictor for future consumer spending, but he appeared attuned to the risk that policy uncertainty and tariffs could dent growth overall.

The central bank is all but guaranteed to hold interest rates steady when it meets next week given its stance that the economy, despite the high degree of uncertainty, still remains on solid footing.

If inflation stays sticky for too long, or rises again, the Fed has signaled that it is prepared to push rate cuts further into the future. If, however, the labor market starts to buckle, it could cut earlier and faster than expected.

---

## Gold Price Hits a Record $3,000 As Investors Worry About Tariffs

**By JASON KARAIAN**

LONDON — The price of gold set a record high on Friday, breaking above $3,000 per troy ounce for the first time as investors reckon with President Trump's seesawing tariff policy, fears of an economic slowdown and a sinking stock market.

Gold is often sought out by investors as a safe haven during times of turmoil, and the price has risen by about 14 percent this year. By contrast, the S&P 500 index tumbled into a correction on Thursday, falling more than 10 percent over the past month as investors fret about Mr. Trump's economic agenda.

Market watchers have upgraded their forecasts, predicting that the rally has more room to run as a trade war driven by tit-for-tat tariffs between many of the world's largest economies darkens the economic outlook.

Rounds of U.S. tariffs have been quickly met with levies in retaliation by China, the European Union and Canada, spurring further escalation from the White House. On Thursday, Mr. Trump threatened punishing tariffs on European wine, a move that rattled producers and distributors on both sides of the Atlantic.

"While general uncertainty and deteriorating economic vibes are improving interest in gold, most of gold's price action is around the uncertainty related to tariffs," Helima Croft, head of global commodity strategy at RBC Capital Markets, said in a research note. There are also fears that tariffs



MIKE GROLL/ASSOCIATED PRESS
Investors often seek out gold as a safe haven during tumultuous times.

> Central banks have also been big buyers of the metal globally.

may be applied directly to gold imports, leading to stockpiling in the United States. Recent trade statistics have been skewed by a huge flow of gold from vaults in London and refineries in Switzerland to U.S. warehouses.

Central banks around the world have also been big buyers of gold in recent years, a longer-running factor pushing up prices. Diversifying reserves with gold, which is seen as a store of value free from geopolitical influence, is often described as a move to reduce reliance on foreign-currency assets.

*Eshe Nelson and Bernhard Warner contributed reporting.*

---

**IN THE UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION** — In re: Kal Freight Inc., et al., Debtors. Chapter 11, Case No. 24-90614 (CML) (Jointly Administered). NOTICE OF DEADLINES FOR THE FILING OF (I) PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENT PURSUANT TO SECTION 503(B)(9) OF THE BANKRUPTCY CODE. The Claims Bar Date is April 14, 2025 at 5:00 p.m. prevailing Central Time. The Governmental Claims Bar Date is June 3, 2025 at 5:00 p.m. prevailing Central Time. [Full legal notice text omitted for brevity.]

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE** — In re: LIBERATED BRANDS LLC, et al., Debtors. Chapter 11, Case No. 25-10168 (JKS) (Jointly Administered). NOTICE OF DEADLINES FOR THE FILING OF PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENTS UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE. THE GENERAL BAR DATE IS APRIL 15, 2025, AT 11:59 P.M. (PREVAILING EASTERN TIME). THE AMENDED SCHEDULES BAR DATE IS AS DEFINED HEREIN. THE REJECTION DAMAGES BAR DATE IS AS DEFINED HEREIN. [Full legal notice text omitted for brevity.]

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION** — In re: ZIPS CAR WASH, LLC, et al., Debtors. Chapter 11, Case No. 25-80069 (MVL) (Jointly Administered). NOTICE OF (I) DATE BY WHICH PARTIES MUST FILE PROOFS OF CLAIM; AND (II) PROCEDURES FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS. [Full legal notice text omitted for brevity.]