**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ZIPS CAR WASH, LLC, *et al.*,[1] | ) Case No. 25-80069 (MVL) |
| Debtors. | ) (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF**
**KEVIN NYSTROM OF AP SERVICES, LLC**

Pursuant to 28 U.S.C. § 1746, I, Kevin Nystrom, state under penalty of perjury, that:

1. I am a Partner and Managing Director of AlixPartners, LLP ("AlixPartners"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. I am duly authorized to execute this declaration as an Authorized Representative of AP Services, LLC ("APS"), an affiliate of AlixPartners LLP.

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

4. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration dated March 7, 2025 [Docket No. 197, Exhibit C] (the "Original Declaration").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Zips Car Wash, LLC (3045); Express Car Wash Holdings, LLC (6223); Zips 2900 Wade Hampton, LLC (N/A); Zips 3107 N. Pleasantburg, LLC (N/A); Zips 6050 Wade Hampton, LLC (N/A); Zips Operating Holdings, LLC (2161); Zips Portfolio I, LLC (9999); Zips Portfolio II, LLC (1864); Zips Portfolio III, LLC (N/A) and Zips Portfolio IV, LLC (N/A). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 8400 Belleview Drive, Suite 210, Plano, Texas 75024.

[2] Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration.

5. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings, APS, and each of their respective subsidiaries. APS wishes to disclose the following:

- As set forth in the Original Declaration, AP follows a practice to solicit from its Institutional Investors their connections to the Investor Search Parties. In response, the Institutional Investors have offered the following disclosures of their respective connections to the Investor Search Parties:

    - CDPQ – equity investment in Hamilton Lane Inc. representing less than one percent (1%) of total assets under management; no investment in any other Investor Search Parties.
    - IVC – no investments in the Investor Search Parties.
    - PSP – investments in Hamilton Lane Inc. and Main Street Capital Corp. representing less than one percent (1%) of total assets under management; no investment in any other Investor Search Parties.

- ANV Holdings BV, an insurance provider to the Debtors, and affiliated entities, are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- Deloitte& Touche LLP, a contract counterparty to the Debtors, and affiliated entities ("Deloitte"), are professionals to current and former AP clients in matters unrelated to the Debtors. Deloitte is a current and former AP client in matters unrelated to the Debtors. Deloitte is an accounting advisor to AP.

- Goodwin Procter LLP, a contract counterparty, supplier and vendor to the Debtors, is a professional, opposing counsel and counsel to current and former AP clients in matters unrelated to the Debtors. Goodwin Procter LLP is a current and former AP client in matters unrelated to the Debtors. Goodwin Procter LLP is a former employer of a current AP employee.

- Munich Re Group, an insurance provider to the Debtors, and affiliated entities, are adverse litigation parties and parent companies to former AP clients in matters unrelated to the Debtors.

- PricewaterhouseCoopers, a bankruptcy professional, supplier and vendor to the Debtors, is an M&A service provider to AP.

- RSUI Group Inc., an insurance provider to the Debtors, and affiliated entities ("RSUI"), are adverse litigation parties and lenders to current and former AP

2

clients in matters unrelated to the Debtors. RSUI is a current AP client in matters unrelated to the Debtors.

- Spencer Stuart Inc., a bankruptcy professional to the Debtors, and affiliated entities, are vendors to AP.

- Trisura Specialty Insurance Co., an insurance provider to the Debtors, and affiliated entities, are bondholders to a current AP client in matters unrelated to the Debtors.

- Winston & Strawn LLP, a contract counterparty, supplier and vendor to the Debtors, is a professional, opposing counsel and counsel to current and former AP clients in matters unrelated to the Debtors. Winston & Strawn LLP is a current and former AP client in matters unrelated to the Debtors. Winston & Strawn LLP is a vendor to AP.

6. APS does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement APS's disclosures in the event that APS discovers any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, APS will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: April 1, 2025                         AP Services, LLC
       New York, NY

                                             */s/ Kevin Nystrom*
                                             Kevin Nystrom
                                             Authorized Representative