Meagan Martin Powers
**MARTIN POWERS & COUNSEL, PLLC**
1431 Greenway Drive, Suite 950
Irving, TX 75038
Direct: 214-612-6471
Fax: 214-247-1155
meagan@martinpowers.com

Andrew W.J. Tarr
Patrick H. Hill (admitted pro hac vice)
**ROBINSON, BRADSHAW & HINSON, P.A.**
600 South Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-2536
atarr@robinsonbradshaw.com
phill@robinsonbradshaw.com

**COUNSEL TO BVLY PARTNERS CLTZ TYVOLA, LLC AND BVLY PARTNERS CLTZ WILKINSON, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ZIPS CAR WASH, LLC, *et al.*,[1] | § | Case No. 25-80069 (MVL) |
| Debtors. | § | |
| | § | (Jointly Administered) |

**NOTICE OF APPEAL BY BVLY PARTNERS CLTZ TYVOLA, LLC AND BVLY PARTNERS CLTZ WILKINSON, LLC**

BVLY Partners CLTZ Tyvola, LLC and BVLY Partners CLTZ Wilkinson, LLC (collectively, "Appellants"), creditors and landlords in the above-referenced bankruptcy cases, pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8001, *et seq.*, appeal to the United States District Court for the Northern District of Texas the *Order Denying BVLY Partners CLTZ Tyvola, LLC and BVLY Partners CLTZ Wilkinson, LLC's Motion for Relief*

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Zips Car Wash, LLC (3045); Express Car Wash Holdings, LLC (6223); Zips 2900 Wade Hampton, LLC (N/A); Zips 3107 N. Pleasantburg, LLC (N/A); Zips 6050 Wade Hampton, LLC (N/A); Zips Operating Holdings, LLC (2161); Zips Portfolio I, LLC (9999); Zips Portfolio II, LLC (1864); Zips Portfolio III, LLC (N/A); and Zips Portfolio IV, LLC (N/A). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 8400 Belleview Drive, Suite 210, Plano, Texas 75024.

*from the Automatic Stay to Remove the Debtor from Leased Premises* entered on April 28, 2025 [Dkt. No. 400] (the "Order"). The Order denied the Appellants' *Motion for Relief from the Automatic Stay to Remove the Debtor from Leased Premises* [Dkt. No. 137]. A true and correct copy of the Order is attached hereto as Exhibit A and incorporated herein by reference. The parties to this appeal and their counsel are identified below:

| Parties | Counsel |
|---|---|
| Creditors-Appellants BVLY Partners CLTZ Tyvola, LLC and BVLY Partners CLTZ Wilkinson, LLC | Meagan Martin Powers<br>**Martin Powers & Counsel, PLLC**<br>1431 Greenway Drive, Suite 950<br>Irving, TX 75038<br>Direct: 214-612-6471<br>Fax: 214-247-1155<br>meagan@martinpowers.com<br><br>Andrew W.J. Tarr<br>Patrick H. Hill (admitted pro hac vice)<br>**Robinson, Bradshaw & Hinson, P.A.**<br>600 South Tryon Street, Suite 2300<br>Charlotte, NC 28202<br>Telephone: (704) 377-2536<br>atarr@robinsonbradshaw.com<br>phill@robinsonbradshaw.com |
| Debtor-Appellee Zips Car Wash, LLC | **GRAY REED**<br>Jason S. Brookner (TX Bar No. 24033684)<br>Aaron M. Kaufman (TX Bar No. 24060067)<br>Amber M. Carson (TX Bar No. 24075610)<br>1601 Elm Street, Suite 4600<br>Dallas, Texas 75201<br>Telephone: (214) 954-4135<br>Facsimile: (214) 953-1332<br>Email: jbrookner@grayreed.com<br>akaufman@grayreed.com<br>acarson@grayreed.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (pro hac vice)<br>Ross J. Fiedler (pro hac vice)<br>601 Lexington Avenue |

| | New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: joshua.sussberg@kirkland.com<br>ross.fiedler@kirkland.com<br><br>-and-<br><br>Lindsey Blumenthal (pro hac vice)<br>Kent J. Hayden (pro hac vice)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: lindsey.blumenthal@kirkland.com<br>kent.hayden@kirkland.com |
|---|---|


Dated: May 12, 2025

Respectfully submitted,

/s/ Meagan Martin Powers


Meagan Martin Powers
Texas Bar No. 24050997
**MARTIN POWERS & COUNSEL, PLLC**
1431 Greenway Drive, Suite 950
Irving, TX 75038
Telephone: 214-612-6474
Direct: 214-612-6471
Fax: 214-247-1155
meagan@martinpowers.com

and

Andrew W.J. Tarr
Patrick H. Hill (admitted pro hac vice)
**ROBINSON, BRADSHAW & HINSON, P.A.**
600 South Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-2536
atarr@robinsonbradshaw.com
phill@robinsonbradshaw.com

**COUNSEL TO BVLY PARTNERS CLTZ TYVOLA, LLC AND BVLY PARTNERS CLTZ WILKINSON, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2025, I caused a copy of the foregoing document to be served by Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ Meagan Martin Powers
Meagan Martin Powers

# EXHIBIT A




CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 25, 2025**

Michelle V. Larson
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ZIPS CAR WASH, LLC, *et al.*,[1] | ) | Case No. 25-80069 (MVL) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 137, 272, 273, 362, 370** |

**ORDER DENYING BVLY PARTNERS CLTZ TYVOLA, LLC AND BVLY PARTNERS CLTZ WILKINSON, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO REMOVE THE DEBTOR FROM LEASED PREMISES**

Upon *BVLY Partners CLTZ Tyvola, LLC and BVLY Partners CLTZ Wilkinson, LLC's Motion for Relief from the Automatic Stay to Remove the Debtor from Leased Premises* [Docket No. 137] (the "Motion"), filed by BVLY Partners CLTZ Tyvola, LLC and BVLY

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Zips Car Wash, LLC (3045); Express Car Wash Holdings, LLC (6223); Zips 2900 Wade Hampton, LLC (N/A); Zips 3107 N. Pleasantburg, LLC (N/A); Zips 6050 Wade Hampton, LLC (N/A); Zips Operating Holdings, LLC (2161); Zips Portfolio I, LLC (9999); Zips Portfolio II, LLC (1864); Zips Portfolio III, LLC (N/A) and Zips Portfolio IV, LLC (N/A). The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 8400 Belleview Drive, Suite 210, Plano, Texas 75024.

Partners CLTZ Wilkinson, LLC (collectively, the "Movants"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion, the Debtors' Objection to the Motion [Docket No. 272] (the "Objection"), and the Movants' Reply in Support of the Motion [Docket No. 362]; and this Court having admitted into evidence and considered the Declaration of David Head in Support of the Motion [Docket No. 137-1] and Exhibits 1-13 attached thereto, the Supplemental Declaration of David Head in Support of the Motion [Docket No. 362-2] and Exhibits 14-16 attached thereto, the Declaration of Sophie Teague in Support of the Motion [Docket No. 362-1] and Exhibits 17-18 attached thereto, the Declaration of Kevin Nystrom, Chief Transformation Officer of Zips Car Wash, LLC, in Support of the Objection [Docket No. 273] and Exhibit 1 attached thereto, and the Joint Stipulation of Facts Regarding the Motion [Docket No. 370]; and upon the hearing on the Motion on April 23, 2025 (the "Hearing"), it is HEREBY ORDERED THAT:

1. For the reasons stated on the record during the Hearing, the Motion is denied.

2. The Court's bench ruling issued at the Hearing is hereby fully incorporated by reference herein.

# # # END OF ORDER # # #

Submitted by:

**GRAY REED**
Jason S. Brookner (TX Bar No. 24033684)
Aaron M. Kaufman (TX Bar No. 24060067)
Amber M. Carson (TX Bar No. 24075610)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
akaufman@grayreed.com
acarson@grayreed.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
ross.fiedler@kirkland.com

-and-

Lindsey Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile (312) 862-2200
Email lindsey.blumenthal@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*