Maxim B. Litvak, Esq. (TX Bar No. 24002482)
Theodore S. Heckel, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
Email:   mlitvak@pszjlaw.com
         theckel@pszjlaw.com

*Counsel to the Zips GUC Trust*

Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Judith Elkin, Esq. (TX Bar No. 06522200)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:   bsandler@pszjlaw.com
         refeinstein@pszjlaw.com
         jelkin@pszjlaw.com
         scho@pszjlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>ZIPS CAR WASH, LLC,[1]<br><br>                Reorganized Debtor. | Chapter 11<br><br>Case No. 25-80069 (MVL) |

**NOTICE OF WITHDRAWAL OF THE GUC TRUST'S OBJECTION TO CLAIMS FILED BY GREAT NORTHERN INSURANCE COMPANY PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SEEKING TO DISALLOW CERTAIN AMENDED AND SUPERSEDED CLAIMS AND TO FIX AMOUNT OF SURVIVING UNLIQUIDATED CLAIM (CLAIM NOS. 162, 337, 387, 426, 454 AND 476)**

(Related Docket Nos. 626, 671)

**PLEASE TAKE NOTICE** that, on October 21, 2025, the *GUC Trust's Objection to Claims Filed by Great Northern Insurance Company Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Amended and Superseded Claims and to Fix Amount of Surviving Unliquidated Claim (Claim Nos. 162, 337, 387, 426, 454 and 476)* [Docket No. 626] (the "Claim Objection") was filed with the Court by the Zips General Unsecured Claims Trust (the "Trust"). *See Certificate of Service*

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 3045.  A complete list of each of the former Debtors whose claims are being administered in this chapter 11 case may be obtained on the website of this Reorganized Debtor's claims and noticing agent at https://cases.ra.kroll.com/Zipscarwash/HomeIndex.

4915-0848-6524.2 98878.00003

[Docket No. 640]. The Claim Objection is presently set for hearing on December 3, 2025 at 1:30 p.m. (CT). *See Notice of Hearing* [Docket No. 627].

**PLEASE TAKE FURTHER NOTICE** that, after discussion with counsel for Great Northern Insurance Company ("Great Northern"), Great Northern has agreed to withdraw their claims that are the subject of the Claim Objection.

**PLEASE TAKE FURTHER NOTICE** that, on November 25, 2025, a *Notice of Withdrawal of Claims Filed by Great Northern Insurance Company (Proof of Claim Nos. 162, 337, 387, 426, 454 and 476)* was filed [Docket No. 671] (the "Notice of Withdrawal") withdrawing all claims that are the subject of the Claim Objection.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the GUC Trust hereby withdraws the Claim Objection as it is now moot based on the Notice of Withdrawal.

| | |
|---|---|
| Dated: November 25, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Maxim B. Litvak* |
| | Maxim B. Litvak, Esq. (TX Bar No. 24002482) |
| | Theodore S. Heckel, Esq. (admitted *pro hac vice*) |
| | 700 Louisiana Street, Suite 4500 |
| | Houston, TX 77002 |
| | Telephone: (713) 691-9385 |
| | Facsimile: (713) 691-9407 |
| | Email:  mlitvak@pszjlaw.com |
| |          theckel@pszjlaw.com |
| | |
| | Bradford J. Sandler, Esq. (admitted *pro hac vice*) |
| | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| | Judith Elkin, Esq. (TX Bar No. 06522200) |
| | Shirley S. Cho, Esq. (admitted *pro hac vice*) |
| | 1700 Broadway, 36th Floor |
| | New York, NY 10019 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | Email: bsandler@pszjlaw.com |
| |          refeinstein@pszjlaw.com |
| |          jelkin@pszjlaw.com |
| |          scho@pszjlaw.com |
| | |
| | *Counsel to Zips GUC Trust* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 25, 2025, a true and correct copy of the above and foregoing was caused to be served through this Court's CM/ECF noticing system to all parties registered to receive notices in these cases and by first class U.S. mail on Great Northern in accordance with Bankruptcy Rule 7004, as well as any counsel identified in such proof of claims.

      */s/ Maxim B. Litvak*
      Maxim B. Litvak